**IN RE: James Dow VANDIVERE,
Petitioner.**

**No. 17-1985**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

James Dow Vandivere, Petitioner Pro
Se.

Before GREGORY, Chief Judge, and
TRAXLER and KEENAN, Circuit
Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James Dow Vandivere has filed an original petition for a writ of habeas corpus under 28 U.S.C. § 2241 (2012), challenging the legality of his commitment to the custody of the Attorney General under 18 U.S.C. § 4248 (2012) and seeking release. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241, and this case provides no reason to depart from the general rule. Currently pending in this court is Vandivere's appeal of the district court's order committing him to the custody of the Attorney General under 18 U.S.C. § 4248. An original habeas petition filed in this court cannot serve as a substitute for a properly filed appeal. Accordingly, we find that the interests of justice would not be served by transferring this case to the district court. See 28 U.S.C. § 1631 (2012); Fed. R. App. P. 22(a). Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*